# United States Bankruptcy Court
## District of Arizona

In re **Maria E Weis**     Debtor(s)     Case No. **22-06541**     Chapter **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Maria E Weis**, declares the foregoing to be true and correct under penalty of perjury.

Date **September 28, 2022**     Signature *M a E. Wes*
                                                           Maria E Weis
                                                           Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

```
SEQ 000019
Company Code     Loc/Dept   Number   Page
RT / 7MB 24262475  01/400   62046   1 of 1
Pinetop Brewing Company Restaurant
919 East White Mountain Blvd
GENESIS REAL ESTATE
Pinetop, AZ 85935
```

# Earnings Statement                                    ADP

Period Starting: 08/29/2022
Period Ending:   09/11/2022
Pay Date:        09/16/2022

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State:   0
  Local:   0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Maria E Weis
1791 Juniper Drive
Lakeside, AZ 85929

| rate | hours/units | this period | year to date |
|---|---|---|---|
| 14.0000 | 61.82 | 865.48 | 5285.00 |
|  |  | 0.00 | 141.12 |

| Gross Pay |  | $865.48 | $5,426.12 |
|---|---|---|---|

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -53.66 | 336.42 |
| Medicare | -12.55 | 78.68 |
| Arizona State Income | -23.37 | 146.50 |

| Net Pay | $775.90 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 61.82 | 384.2 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $865.48

# Earnings Statement

ADP

SEQ 000407  
Company Code  RT / 7MB 2428 2475  
Loc/Dept  01/400  
Number  62013  
Page  1 of 1  

PinetopBrewing Company/Restaurant  
919 East White Mountain Blvd  
GENESIS REAL ESTATE  
Pinetop, AZ 85935  

Period Starting: 08/01/2022  
Period Ending: 08/14/2022  
Pay Date: 08/19/2022  

Taxable Filing Status: Married  
Exemptions/Allowances:  
Federal: Std W/H Table  
State: 0  
Local: 0  
Social Security Number: XXX-XX-XXXX  

Tax Override:  
Federal: 0.00 Addnl  
State:  
Local:  

Maria E Weis  
1791 Juniper Drive  
Lakeside, AZ 85929  

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 69.62 | 974.68 | 3488.80 |
| Gross Pay | | | $974.68 | $3,488.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -60.43 | 216.31 |
| Medicare | -14.14 | 50.59 |
| Arizona State Income | -26.32 | 94.19 |

Net Pay  $873.79

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 69.62 | 249.20 |

Important Notes  
Basis of pay: Hourly

Your federal taxable wages this period are $974.68

◀ TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

ADP

SEQ 000034
Company Code  Loc/Dept  Number  Page
RT / 7MB 24282475  01/400  61997  1 of 1

Pinetop Brewing Company Restaurant
919 East White Mountain Blvd
GENESIS REAL ESTATE
Pinetop, AZ 85935

Period Starting: 07/18/2022
Period Ending: 07/31/2022
Pay Date: 08/05/2022

Maria E Weis
1791 Juniper Drive
Lakeside, AZ 85929

Taxable Filing Status: Married
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:
0.00 Addnl

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 59.90 | 838.60 | 2514.12 |
| Gross Pay | | | $838.60 | $2,514.12 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -52.00 | 155.88 |
| Medicare | -12.15 | 36.45 |
| Arizona State Income | -22.64 | 67.87 |

Net Pay   $751.81

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 59.90 | 179.58 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $838.60

TEAR HERE

©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

SEQ 000271  
Company Code   Loc/Dept   Number   Page  
RT / 7MB 2428247S   01/400   61983   1 of 1

Pinetop Brewing Company/Restaurant  
919 East White Mountain Blvd  
GENESIS REAL ESTATE  
Pinetop, AZ 85935

Period Starting: 07/04/2022  
Period Ending: 07/17/2022  
Pay Date: 07/22/2022

Taxable Filing Status: Married  
Exemptions/Allowances:  
  Federal: Std W/H Table  
  State: 0  
  Local: 0  
Social Security Number: XXX-XX-XXXX

Tax Override:  
  Federal: 0.00 Addnl  
  State:  
  Local:

Maria E Weis  
1791 Juniper Drive  
Lakeside, AZ 85929

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 64.35 | 900.90 | 1675.52 |
| **Gross Pay** | | | **$900.90** | **$1,675.52** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -55.85 | 103.88 |
| Medicare | -13.07 | 24.30 |
| Arizona State Income | -24.32 | 45.23 |

**Net Pay**    **$807.66**

### Other Benefits and Information
| | this period | year to date |
|---|---|---|
| Total Hours Worked | 64.35 | 119.68 |

### Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $900.90

TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

**ADP**

Pinetop Brewing Company Restaurant  
919 East White Mountain Blvd  
Pinetop, AZ 85935

| SEQ 000029 | | | |
|---|---|---|---|
| Company Code | Loc/Dept | Number | Page |
| RT / 7MB 2428Z475 | 01/400 | 61968 | 1 of 1 |

Period Starting: 06/20/2022  
Period Ending: 07/03/2022  
Pay Date: 07/08/2022

GENESIS REAL ESTATE

Maria E Weis  
1791 Juniper Drive  
Lakeside, AZ 85929

Taxable Filing Status: Married  
Exemptions/Allowances:  
  Federal: Std W/H Table  
  State: 0  
  Local: 0  
Social Security Number: XXX-XX-XXXX

Tax Override:  
  Federal: 0.00 Addnl  
  State:  
  Local:

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 55.33 | 774.62 | 774.62 |
| **Gross Pay** | | | **$774.62** | **$774.62** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -48.03 | 48.03 |
| Medicare | -11.23 | 11.23 |
| Arizona State Income | -20.91 | 20.91 |

**Net Pay**    **$694.45**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 55.33 | 55.33 |

**Important Notes**  
Basis of pay: Hourly

Your federal taxable wages this period are $774.62

◀ TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.